**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TERRY SMITH,

    Plaintiff,

vs.                                                                CASE NO. 6:07-CV-ORL-19

WHITE STALLION PRODUCTIONS,
INC., GARY LASHINSKY, ELIZABETH
LASHINSKY,

    Defendants.

_____

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 34, filed February 13, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 34) is **ADOPTED and AFFIRMED.** The settlement in the amount of $3,250.00 to Plaintiff for unpaid wages and liquidated damages and $4,000.00 for attorney's fees and costs is approved as a fair and reasonable resolution of a bona fide dispute over FLSA issues.

**DONE AND ORDERED** at Orlando, Florida, this   27th   day of February, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record